# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# Clerk's Office – Trenton, NJ

PATRICIA MEDIATE

                        Plaintiff,

v.                                      Case No.:
                                      3:17−cv−00428−BRM−LHG
                                      Judge

HUNTERDON INTEGRATIVE
PHYSICIANS SCOTT P.R. BERK PC, et al.

                        Defendant.

## ORDER OF DISMISSAL

    This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

    **IT IS** on this 5th day of March, 2018,

    **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

    **ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).


                    /s/ Brian R. Martinotti
                    _____
                    BRIAN R. MARTINOTTI United States District Judge